# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALFONSO MARRUFO,

    Plaintiff,

v.                                              Civ. No. 19-392 SMV/GBW

FABER AND BRAND LLC,

    Defendant.

## ORDER DENYING MOTION AS MOOT

This matter comes before the Court on Defendant's Motion for Protective Order. *Doc. 22.* Pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff sought to depose Defendant's representatives on October 22, 2019. *See doc. 22-2.* Defendant moves the Court to prevent Plaintiff from asking questions on matters subject to attorney-client and work-product privileges, among other objections. *See generally doc. 22.* In a telephonic status conference held on November 4, 2019, the Court confirmed that the depositions to which the motion was directed took place as scheduled. *Doc. 24* at 2. As Defendant had the opportunity to lodge objections during the deposition, the Court finds the motion moot.

IT IS THEREFORE ORDERED that Defendant's Motion for Protective Order (*doc. 22*) is DENIED as moot.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE