# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ALFONSO MARRUFO,**

    **Plaintiff,**

**v.**                                                                                          **No. 19-cv-0392 SMV/GBW**

**FABER AND BRAND, LLC,**

    **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

Counsel for Defendant notified chambers staff by telephone on December 4, 2019, that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **February 3, 2020**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**